

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00022-CV

Kenneth H. **TARR**,
Appellant

v.

**TIMBERWOOD PARK OWNERS ASSOCIATION INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV02779
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is modified to delete those parts of the judgment that grant injunctive relief. The trial court's judgment is AFFIRMED AS MODIFIED. Costs of appeal are taxed against Kenneth H. Tarr.

Kenneth H. Tarr's Motion to Strike Portions of Appellee's Brief is DENIED.

SIGNED November 16, 2016.

_____
Karen Angelini, Justice